**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHELSEA PARNELL,** | **Case No.: 4:25-CV-05692-YGR** |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

**TO PLAINTIFF CHELSEA PARNELL:**

You are **Ordered to Show Cause** in writing **no later than February 27, 2026**, why your claims should not be dismissed for failure to prosecute. Plaintiff was required to file her Opening Brief by January 2, 2026. (Dkt. No. 14.) Plaintiff did not do so.

Litigants must actively prosecute their case. Failure to timely file an Opening Brief in this case shall be deemed a failure to prosecute and an admission that good cause exists to dismiss the case without prejudice. If plaintiff fails to timely respond to the Court's order to show cause, the Court will dismiss this action for failure to prosecute, and without further notice.

**IT IS SO ORDERED**.

Date: February 20, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**